| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**            The Gamburg Qualified Personal Residence Trust, u/d/t 3/31/10

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)            27-6535646

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
|  | C/o Arnold E. Reiter, Esq., Trustee<br>Reiter Law Firm<br>135 Chestnut Ridge Road, Suite 200<br>Montvale, NJ 07645 |
| **5 Joseph Court**<br>**Upper Saddle River, NJ 07458** |  |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bergen** | Location of principal assets, if different from principal place of business |
| County |  |
|  | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ■ Other. Specify:    **Trust**

Debtor **The Gamburg Qualified Personal Residence Trust, u/d/t 3/31/10**  Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **The Gamburg Qualified Personal Residence Trust, u/d/t 3/31/10**     Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | **David Gamburg** |
| District | **New Jersey** |
| When | **1/17/20** |
| Relationship | **Co-obligor** |
| Case number, if known | **20-10780-JKS** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor __The Gamburg Qualified Personal Residence Trust, u/d/t 3/31/10__ Case number (*if known*) _____
    Name

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **The Gamburg Qualified Personal Residence Trust, u/d/t 3/31/10**    Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 27, 2021**
MM / DD / YYYY

**X /s/ Arnold E. Reiter, Esq.**                                   **Arnold E. Reiter, Esq.**
Signature of authorized representative of debtor                   Printed name

Title    **Trustee**

**18. Signature of attorney**

**X /s/ Milica A. Fatovich, Esquire**                               Date **October 27, 2021**
Signature of attorney for debtor                                    MM / DD / YYYY

**Milica A. Fatovich, Esquire**
Printed name

**Hook & Fatovich, LLC**
Firm name

**1044 Route 23 North, Suite 100**
**Wayne, NJ 07470-5826**
Number, Street, City, State & ZIP Code

Contact phone **(973) 686-3800**    Email address    **ihook@hookandfatovich.com;**
**mfatovich@hookandfatovich.com**

**NJ**
Bar number and State

# United States Bankruptcy Court
### District of New Jersey

In re: **The Gamburg Qualified Personal Residence Trust, u/d/t 3/31/10**

Debtor(s)

Case No.

Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Trustee of the Trust named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 27, 2021**

**/s/ Arnold E. Reiter, Esq.**
**Arnold E. Reiter, Esq./Trustee**
Signer/Title

AJAX Mortgage Loan Trust 2019-E
C/o /Dembo, Brown & Burns LLP
1300 Route 73, Ste 205
Mount Laurel, NJ 08054


Alina Gamburg
C/o Michael S. Ackerman, Esq.
Law Offices of Michael S. Ackerman
2001 Route 46 Suite 310, Waterview Plaza
Parsippany, NJ 07054


Celina Checo - Tax Collector
Bor. of Upper Saddle River
376 W. Saddle River Rd
Upper Saddle River, NJ 07458


David Gamburg
5 Joseph Court
Upper Saddle River, NJ 07458


Eric Perkins, Esq., Chapter 11 Trustee
C/o Louis A. Modugno, Esq.
Trif & Modugno LLC
89 Headquarters Plaza North, Suite 1201
Morristown, NJ 07960


Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
PO Box 7346
Philadelphia, PA 19101-7346


JP Morgan Chase
Chase Records Center-Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203


Orange & Rockland
390 West Route 59
Spring Valley, NY 10977-5300


PSE&G Co.
PO Box14444
New Brunswick, NJ 08906

```
Rockland Electric Company
One Lethbridge Plaza
Mahwah, NJ 07430


State of New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625


State of New Jersey Division of Taxation
Division of Taxation - Bankruptcy Unit
50 Barrack Street, CN-245
Trenton, NJ 08646


Suez Water New Jersey
Customer Service
69 DeVoe Place
Hackensack, NJ 07601


Yanchun Zhang
11 Walnut St.
Livingston, NJ 07039
```